**CRIMINAL MINUTES**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

**CASE NO.** 2:20-cr-50  **DATE** 10/2/2020  **TIME** 10:00-10:32

**USA v.** Aurelio Medina  **TAPE NO.** FTR-BWK-CR2

**BEFORE BENJAMIN W. CHEESBRO, U.S. MAGISTRATE JUDGE**  **INTERPRETER:** Jose Pina-TIPS Line

| | | |
|---|---|---|
| X | **DEFENDANT PRESENT** | |
| X | **COUNSEL FOR DEFENDANT** | Ron Harrison, retained |
| X | **ASSISTANT U.S. ATTORNEY** | Tania Groover |
| X | **DEPUTY CLERK** | Kim Mixon |
| X | **U.S.P.O** | Fonda Dixon |
| X | **U.S. MARSHAL** | X Jay Ciambrone   Marty Fitzgurls   Jason Parnell |
| X | **INITIAL APPEARANCE** | X **ARRAIGNMENT** |

X DEFENDANT ____ ARRESTED ON ____   X CUSTODY OF USM ON 10/2/2020

X COPY OF   X INDICTMENT ____ INFORMATION GIVEN TO DEFENDANT

X DEFENDANT ADVISED OF RIGHTS

X DEFENDANT WAIVES FORMAL READING OF THE INDICTMENT

X PRETRIAL SERVICES REPORT FURNISHED TO COUNSEL AND COURT

X CONSULAR NOTIFICATION RIGHTS EXPLAINED

____ PREPARE ORDER OF TEMPORARY DETENTION

X REQUEST BY AUSA THAT THE DEFENDANT BE DETAINED WITHOUT BOND PENDING TRIAL

RONALD E. HARRISON, II RETAINED COUNSEL. DEFENDANT PLED NOT GUILTY.

DISCOVERY ADDRESSED. GOVERNMENT PROVIDES THE SCOPE AND VOLUME OF DISCOVERY IN THIS CASE. GOVERNMENT REQUESTS DEFENSE TO PROVIDE 120GB THUMBDRIVE TO GOVERNMENT SO THAT IT CAN PROVIDE DISCOVERY TO DEFENSE. GOVERNMENT ANTICIPATES SECOND ROUND OF DISCOVERY. COURT ALLOWS PRETRIAL MOTIONS TO BE FILED WITHIN 60 DAYS. NO OBJECTIONS BY PARTIES. PRETRIAL MOTIONS DUE 60 DAYS FROM TODAY WITH 14 DAY RESPONSE DEADLINE. MOTIONS DEADLINE TIME TO BE EXCLUDED FROM SPEEDY TRIAL CLOCK. SCHEDULING ORDER TO FOLLOW.

DETENTION ADDRESSED. GOVERNMENT SEEKS DETENTION. DEFENDANT IS CURRENTLY BEING HELD ON ICE DETAINER. DEFENDANT WAIVES RIGHT TO BOND HEARING TODAY. DEFENDANT REMANDED TO CUSTODY OF USMS PENDING TRIAL. DETENTION ORDER TO FOLLOW.