UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | *  CASE NO.: 2:20-CR-050 |
| v. | * |
| | * |
| AURELIO MEDINA, | * |
| Defendant | * |

## MOTION TO CONTINUE SENTENCING

COMES NOW, the defendant, AURELIO MEDINA, and through his counsel files this his Motion to Continue Sentencing and show this Honorable Court the following:

1.

The defendant pled guilty to a one count indictment for violation of 18 U.S.C. Section 1589(b) on June 29, 2021.

2.

The defendant is scheduled to be sentenced on January 4, 2021 before this Honorable Court.

3.

The defendant through his counsel needs additional time to prepare for sentencing issues raised from recent developments in the presentence report and government's response.

4.

In addition, the defendant needs additional time to complete his plea agreement provisions in accordance with prior discussions with the government.

5.

Further, the defendant and the government need additional time to calculate accurate restitution amounts for the case.

6.

The government does not oppose this motion.

WHEREFORE, defense counsel respectfully requests this sentencing matter be continued until further order of this Court.

Respectfully submitted this 3rd of January, 2021

/s Ronald E. Harrison II
Ronald E. Harrison, II
Attorney for Defendant
Ga. Bar No. 333270

The Harrison Firm
1621 Reynolds Street
Brunswick, Georgia 31520
(912) 264-3035

SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | *  CASE NO.: 2:20-CR-050 |
| v. | * |
| | * |
| AURELIO MEDINA, | * |
|    Defendant | * |

# CERTIFICATE OF SERVICE

This is to certify that I have this day delivered by email in accordance with the directives from the Court Notice of Electronic Filing the **Motion to Continue Sentencing** in the above-captioned case to:

> Tania Groover
> Assistant United States Attorney
> United States District Court
> P.O. Box 8970
> Savannah, GA  31412

This 3rd of January, 2021.

Respectfully Submitted,

/s Ronald E. Harrison II
Ronald E. Harrison II
Georgia Bar No. 333270
Attorney for Defendant

The Harrison Firm
1621 Reynolds Street
Brunswick, Georgia 31520
(912) 264-3035

SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * CASE NO.: 2:20-CR-050 |
| v. | * |
| | * |
| AURELIO MEDINA, | * |
|    Defendant | * |

# **ORDER**

The defendant's Motion to Continue having been read and considered;

IT IS HEREBY ORDERED that the sentencing be continued until further order of this Court.

SO ORDERED this ___ day of _____, 2021.

_____
Judge, United States District Court
Southern District of Georgia
Brunswick Division