UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | *   CASE NO.: 2:20CR-50 |
| v. | * |
| | * |
| AURELIO MEDINA, | * |
| Defendant | * |

## **MOTION FOR LEAVE OF ABSENCE**

COMES NOW, the undersigned attorney, RONALD E. HARRISON II, and hereby moves this Honorable Court for a leave of absence for the dates of April 11-13, and 18, 2022; May 23-25, 2022; June 2, 3, and 6-10, 2022; July 25, 2022; October 31, 2022; November 1, 4-7 and 14, 2022; and December 5-9, and 12, 2022, for the purposes of out of town conferences and family vacation.

Respectfully submitted, this 4th day of February, 2022.

/s Ronald E. Harrison II
Ronald E. Harrison II
Georgia Bar No. 333270
Attorney for Aurelio Medina

The Harrison Firm
1621 Reynolds Street
Brunswick, GA 31520
(912) 264-3035

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | *   CASE NO.: 2:20CR-50 |
| v. | * |
| | * |
| AURELIO MEDINA, | * |
| Defendant | * |

# **ORDER**

Upon consideration of the Motion for Leave of Absence by attorney RONALD E. HARRISON II for the dates of April 11-13, and 18, 2022; May 23-25, 2022; June 2, 3, and 6-10, 2022; July 25, 2022; October 31, 2022; November 1, 4-7 and 14, 2022; and December 5-9, and 12, 2022, the same is hereby GRANTED.

SO ORDERED, this _____ day of _____, 2022.

_____
Judge, United States District Court
Southern District of Georgia

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | *  CASE NO.: 2:20CR-50 |
| v. | * |
| | * |
| AURELIO MEDINA, | * |
| Defendant | * |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served opposing counsel with a true and correct copy of **MOTION FOR LEAVE OF ABSENCE** by using the CM/ECF system electronic filing system, which will automatically send email notification of such filing to the following attorney of record:

> Greg Gilluly, Jr.
> Assistant United States Attorney
> United States District Court
> P.O. Box 8970
> Savannah, GA  31412

Respectfully submitted this 4th day of February, 2022.

> /s Ronald E. Harrison II
> Ronald E. Harrison II
> Georgia Bar No. 333270
> Attorney for Aurelio Medina

The Harrison Firm
1621 Reynolds Street
Brunswick, GA 31520
(912) 264-3035