# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES  - GENERAL

| | |
|---|---|
| CASE NO. **CR220-50** | DATE **03/30/2022** |
| TITLE **USA v. Aurelio Medina** | |
| TIMES **1:38 - 2:04** | TOTAL **28 Minutes** |

| | |
|---|---|
| Honorable : **Lisa Godbey Wood, U. S. District Court Judge** | Courtroom Deputy : **Whitney Sharp** |
| Court Reporter : **Debra Gilbert** | Interpreter : **Julia Davis** |

| Attorney for Government | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Greg Gilluly | Ron Harrison | |
| Tania Groover | | |

PROCEEDINGS : **Sentencing**    ☑ In Court    ☐ In Chambers

**Objections - None.**
**The Court finds a total Offense Level 25 / Criminal History I / Guideline 57-71 Months**
**/ 1-3 years supervised release / $20,000 - $200,000 fine / $100 special assessment /**
**no minimum -  maximum of 20 years / Restitution hearing to be held May 24, 2022 at 11:00 am.**
**Defense 1:45 - 1:50 / Government 1:50 - 1:55 / Defendant 1:58 - 1:59**
**Court  - BOP 64 months / no fine / $100 special assessment is waived / upon release, defendant**
**to be delivered to customs enforcement office for deportation proceedings / no supervised**
**release / appeal waiver / FCI Jesup to the extent space and security allow.**