# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CR220-50**  DATE **05/24/2022**
TITLE **USA v. Aurelio Medina**
TIMES **11:02 - 11:10**  TOTAL **8 Minutes**

Honorable: **Lisa Godbey Wood, U. S. District Court Judge**  Courtroom Deputy: **Whitney Sharp**
Court Reporter: **Debra Gilbert**  Interpreter: **Julia Davis**

| Attorney for Government | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Tania Groover | Ron Harrison | |

PROCEEDINGS: **Restitution Hearing**  ☑ In Court  ☐ In Chambers

Case called for final restitution hearing.
Government 11:04 - 11:06 / USPO 11:06
Court - Restitution is due in the amount of $15,605.97 to be paid j/s with defendant Yordon Victoria. Payments quarterly of $25 if non-unicore or minimum of 50% of monthly earnings if working unicore / upon release, payments of $200 per month. Interest waived. Provide USPO access to requested financial information. All other terms of sentenced are carried forward / pay as directed.